IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LILLY BAIR,<br><br>              Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>              Defendant. | 8:23CV61<br><br>**ORDER GRANTING EXTENSION OF TIME** |

      This case is before the Court on Defendant's Unopposed Motion for Extension of Time seeking additional time to file her Motion to Affirm and supporting brief. Filing 11. Defendant explains that the extension is requested owing to conflicts with other briefing deadlines. Filing 11 at 1. The Motion requests an extension of thirty days from the current deadline of July 31, 2023, until August 30, 2023. Filing 11 at 1. The Court finds good cause for the requested extension. Accordingly,

      IT IS ORDERED that Defendant's Unopposed Motion for Extension of Time, Filing 11, is granted, and Defendant shall have to and including August 30, 2023, to file her Motion to Affirm and supporting brief

      Dated this 2nd day of August, 2023.

                                                                BY THE COURT:

                                                                _____
                                                                Brian C. Buescher
                                                               United States District Judge